FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

# OGDEN, GIBSON, BROOCKS, LONGORIA & HALL, L.L.P.

JUN 2 6 2015

CHRISTOPHER A. PRINE

CLERK _____

ATTORNEYS
1900 PENNZOIL SOUTH TOWER
711 LOUISIANA
HOUSTON, TEXAS 77002

WILLIAM W. OGDEN
DIRECT LINE: (713) 844-3001
E-MAIL: bogden@ogblh.com

TEL:. (713) 844-3000
FAX: (713) 844-3030
WWW.OGBLH.COM

June 24, 2015

Mr. Chris Daniel
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210-4651

*Via EFiling and by U.S. Mail*

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 2 6 2015

CHRISTOPHER A. PRINE
CLERK _____

Re: *Joan Johnson, et al. v. Michael Phillips, et al.*; Cause No. 2011-14027; In the 333rd District Court of Harris County, Texas.

On Appeal: Cause No. 01-15-00173-CV, In the First Court of Appeals at Houston, Texas

Dear Mr. Daniel:

This is another request for assistance from your office to get a complete Clerk's Record filed in the captioned case.

This follows an initial request for Clerk's Record made on February 27, 2015 by Appellants Joan Johnson, *et al.* (the "Johnson Parties"), a supplemental request on March 4, 2015 by Appellees Michael Phillips, *et al.* (the "Phillips Parties"), and the joint request filed on June 1, 2015 by both the Johnson Parties and the Phillips Parties. I am counsel for the Phillips Parties, Appellees.

This is a libel case. The Johnson Parties claim that they were defamed by the entirety of a 296 page book, *Monster in River Oaks*. The Phillips Parties claim that the book is privileged as an accurate account of a 2008 civil trial in Judge Tracy Christopher's Court.

To join issue, all parties agreed to file the entire book and the entire 2008 trial transcript as joint exhibits. Joint Exhibit 1 is a copy of the 296 page book. Joint Exhibit 2 is a complete copy of the 12 Volume 2008 civil trial transcript. The paper copy of the trial transcript fills three 5-inch notebook binders.

Appellants, the Johnson Parties, requested <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) be included in the Clerk's Record in their initial request in this case filed February 27, 2015. Despite this request, neither the book nor the trial transcript were filed. So Appellees, the Phillips Parties, included in their supplemental request that <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) be included in a supplemental record. That supplemental request was filed on March 4, 2015.

Despite the requests of both parties, neither <u>Joint Exhibit 1</u> (the book) nor <u>Joint Exhibit 2</u> (the 2008 trial transcript) were filed in the First Court of Appeals.

So on June 1, 2015, both Appellants and Appellees jointly requested that the clerk again prepare and file <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) in the appellate record.

Appellants and Appellees both know that <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) were properly filed in the 333rd District Court. Both parties briefed both joint exhibits extensively. The Judge referred to both joint exhibits during several court hearings and in his final order.

Nevertheless, in the event that the joint exhibits have somehow been misplaced over time, additional copies of <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) were efiled on June 1, 2015.

As of this writing, despite multiple requests from both parties over the past four months, <u>Joint Exhibit 1</u> (the book) has still not been filed as part of the Clerk's Record on appeal. It appears that <u>Joint Exhibit 2</u> (the 2008 trial transcript) was filed on June 17, 2015. The appeal cannot go forward until both joint exhibits are filed.

To add insult to injury, I today received the attached invoice for $2,583, as attorney for Appellees, the Phillips Parties, apparently as costs for filing <u>Joint Exhibit 2</u> (the 2008 trial transcript). This is not a cost chargeable to Appellees. This cost is chargeable to Appellants, the Johnson Parties, who first requested that <u>Joint Exhibit 2</u> (the 2008 trial transcript) be included in the Clerk's Record on February 27, 2015.

Please correct your records to invoice the cost of the entire Clerk's Record, including <u>Joint Exhibit 1</u> (the book) and <u>Joint Exhibit 2</u> (the 2008 trial transcript) as costs chargeable to Appellants, the Johnson Parties. Their attorney, Mr. Patrick Zummo, is copied on this correspondence. Please also complete the Clerk's Record by filing with the First Court of Appeals a complete copy of <u>Joint Exhibit 1</u> (the book).

I add a personal comment, and an offer to help. Anyone who thinks that electronic filing "simplifies" anything should have his or her head examined. I have had a hard copy of <u>Joint Exhibit 1</u> (the book), and three notebook binders of <u>Joint Exhibit 2</u> (the 2008 trial transcript), sitting on my bookshelf for the past three years. If it will help anyone, or if the clerk's office will permit it, I will put my hard copies in a box, bring the box down to the courthouse, and deliver it in person to an assistant clerk, who can file stamp it with the traditional stamp to show date and hour of receipt. That way, I will know that it has been delivered, and presumably, the person to whom I delivered it will know where it is.

Very truly yours,

OGDEN GIBSON BROOCKS
LONGORIA & HALL, L.L.P.

By: _____
William W. Ogden
Attorneys for the Phillips Parties

WWO:lc
Enclosure

cc: Mr. Duane C. Gilmore
HCDC – Civil/Family Post-Trial
P.O. Box 4651
Houston, TX 77210-4651

Mr. Patrick Zummo
Two Houston Center
909 Fannin, Suite 3500
Houston, TX 77010

Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, TX 77002



# HARRIS COUNTY DISTRICT CLERK

JUNE 23, 2015

WILLIAM W OGDEN
OGDEN GIBSON BROOCKS LONGORIA & HALL LLP
1900 PENNZOIL SOUTH TOWER
711 LOUISIANA
HOUSTON TX 77002
FAX: 713-844-3030 PHONE: 713-844-3000 E-MAIL: bogden@ogblh.com

Re:  Case No: 2011-14027; Appellate No: 01-15-00173-CV
JOAN JOHNSON, KALETA JOHNSON, SETH JOHNSON AND WIRT BLAFFER VS. MICHAEL PHILLIPS, SPINDLE TOP PUBLISHING, AND PHILLIPS AKERS WOMAC P.C.,
IN THE 333RD DISTRICT COURT

Dear Customer:

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the Supplemental Clerk's record in the above numbered case. Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| 2ND SUPPLEMENTAL CLERKS RECORD | $2,585.00 | |
| LESS INDEX PAGE(S) | $1.00 | |
| LESS DEPOSIT PAID | $0.00 | |
| LESS PREVIOUSLY SUBMITTED PAGES | $1.00 | |
| DELIVERED TO THE FIRST COURT OF APPEALS | | |
| BALANCE DUE | $2,583.00 | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to: Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

Sincerely,

DUANE C GILMORE,
Deputy District Clerk
Civil/Family Post Trial

AP1 R04-30-92

**OGDEN, GIBSON,
BROOCKS, LONGORIA & HALL, L.L.P.**

ATTORNEYS

1900 PENNZOIL SOUTH TOWER

711 LOUISIANA

HOUSTON, TEXAS 77002



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 26 2015

CHRISTOPHER A. PRINE
CLERK

Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, TX 77002

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.485
0003211274 JUN 24 2015
MAILED FROM ZIP CODE 77002